**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:   (415) 561-8440
Facsimile:    (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Steven Kaiser, SBN 105150
**KAISER & CHEW, LLP**
2720 Gateway Oaks Drive, Suite 140
Sacramento, California 95833
Tel. (916) 485-4225
Fax (916) 485-4227
Email: skaiser@kaiserchewlaw.com

Attorneys for Plaintiff
HOWARD STAVEDAHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD STAVEDAHL<br><br>             Plaintiff,<br><br>      v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Defendant. | CASE NO.  4:16-CV-00475 EMC<br><br>**STIPULATION TO CONTINUE THE AUGUST 18, 2016 CASE MANAGEMENT CONFERENCE TO NOVEMBER 17, 2016; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Status Conference be continued from August 18, 2016 to November 17, 2016.  Good cause exists for this request as follows:

(1) The parties are trying to resolve this case informally.  They are currently trying to work out the off-set issues related to worker's compensation benefits.  The parties

1  intend to engage in informal settlement discussions and, if necessary, to mediate with
2  mediator Doug deVries or Buzz Weisenfeld.
3  The parties and the Court's resources will be conserved if the matter is resolved
4  informally and the Case Management Conference becomes unnecessary.
5  The parties intend to abide by the previously set deadlines for Federal Rules of Civil
6  Procedure, Rule 26 disclosure.

7  

8  SO STIPULATED.

9  Respectfully submitted,

10  

11  Dated: August 10, 2016                RIMAC MARTIN, P.C.

12  By: /s/ Anna M. Martin
13  ANNA M. MARTIN
    Attorney for Defendant
14  LINA INSURANCE COMPANY OF
    NORTH AMERICA

15  

16  Dated: August 10, 2016                KAISER & CHEW, LLP

17  By: /s/ Steven Kaiser
18  STEVEN KAISER
    Attorney for Plaintiff
19  HOWARD STAVEDAHL

20  IT IS SO ORDERED:

21  

22  The new scheduled Case Management Conference date is: November 17, 2016 at 9:30 a.m. Joint CMC statement due November 10, 2016.

24  Dated: August 12, 2016
25  The Honorable Edward Chen
    United States District Court Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**STIPULATION TO CONTINUE THE MAY 12, 2016 CASE MANAGEMENT CONFERENCE TO AUGUST 18, 2016; ORDER THEREON**
**CASE NO. 4:16-CV-00475 EMC**