**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:	(415) 561-8440
Facsimile:	(415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Steven Kaiser, SBN 105150
**KAISER & CHEW, LLP**
2720 Gateway Oaks Drive, Suite 140
Sacramento, California 95833
Tel. (916) 485-4225
Fax (916) 485-4227
Email: skaiser@kaiserchewlaw.com

Attorneys for Plaintiff
HOWARD STAVEDAHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD STAVEDAHL,<br><br>            Plaintiff,<br><br>      v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | CASE NO.  3:16-CV-00475 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF LIFE INSURANCE COMPANY OF NORTH AMERICA AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between Plaintiff HOWARD STAVEDAHL and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

SO STIPULATED.

Respectfully submitted,

Dated: November 15, 2016    RIMAC MARTIN, P.C.

By: /s/ Anna M. Martin
ANNA M. MARTIN
Attorney for Defendant
LINA INSURANCE COMPANY OF
NORTH AMERICA

Dated: November 15, 2016    KAISER & CHEW, LLP

By: /s/ Steven Kaiser
STEVEN KAISER
Attorney for Plaintiff
HOWARD STAVEDAHL

IT IS SO ORDERED: The clerk of the court is directed to close this case.

Dated: 11/16/2016

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

**STIP. OF DISMISSAL WITH PREJ. OF LIFE INS. COMPANY OF NORTH AMERICA AND ORDER THEREON**
**CASE NO. 4:16-CV-00475 EMC**